382 A.2d 755

Commonwealth v. Slima, Appellant.

Submitted April 15, 1977. James M. Keller, for appellant; Robert F. Hawk, Assistant District Attorney, and John H. Brydon, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents.